**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| IN RE: | ) | |
| --- | --- | --- |
| | ) | |
| Xurex, Inc. | ) | CASE NO. 14-43536-drd |
| | ) | |
| Debtor. | ) | |

**FOURTH MOTION OF TRUSTEE TO
AUTHORIZE PAYMENT OF ADMINISTRATIVE EXPENSE**

Comes now the Chapter 7 trustee herein, Jill Olsen and for her motion to authorize payment of administrative expense for accountant states and alleges as follows:

1. That the debtor herein filed a petition for relief under chapter 7 of the United States Bankruptcy Code on October 17, 2014. Jill Olsen is the Chapter 7 trustee.

2. That on May 22, 2017, the Court entered an order approving the employment of Robert VanSandt of VanSandt & Associates, LLC as accountants for the trustee.

3. That Robert VanSandt has submitted a statement to the trustee for the sum of $1,160.00 for his services in connection with preparation of the 2023 federal and state corporate tax returns for the bankruptcy estate. A copy of the statement is attached as Exhibit "A."

4. That the preparation of the tax returns by Mr. VanSandt was necessary for the administration of the bankruptcy estate and the charges for said services are customary and reasonable.

5. That the undersigned trustee is seeking an order of this court, pursuant to 11 U.S.C. §330, authorizing the immediate payment of $1,160.00 to Robert VanSandt as necessary administrative expenses of the bankruptcy estate.

WHEREFORE, Jill Olsen, trustee prays an Order of this Court authorizing the immediate payment of $1,160.00 as an administrative expense to Robert VanSandt and for such further relief as the court may deem just.

**Respectfully submitted**

**By:** ___/s/Jill D. Olsen___

**Jill D Olsen          MO#49835**
**Chapter 7 Trustee**
**118 N. Conistor Ln, Suite B #290**
**Liberty, MO  64068**
**Telephone:  (816) 521-8811**
**Facsimile:  (816) 278-9493**
**trustee@olsenlawkc.com**

*PLEASE TAKE NOTICE THAT:*

Any objection must be filed within TWENTY-ONE (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  A copy of such response shall be served electronically by the Court on the trustee and all other parties to the case who have registered for electronic filing. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  If an objection is timely filed, a hearing will be held on a date and time determined by the Court.  Notice of such hearing will be provided to all parties in interest.  If no timely objection is filed AN ORDER MAY BE ENTERED WITHOUT FURTHER NOTICE.  For information about electronic filing go to www.mow.uscourts.gov.  If you have questions about this document, contact your attorney.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties below who have requested notice but are not participating in the ECF System, on May 20, 2024.

Office of the United States Trustee
Via email: ustp.region13.kc.fees@usdoj.gov

 ___/s/  Jill D. Olsen_____
Chapter 7 Trustee

Exhibit "A"

# VANSANDT & ASSOCIATES, L.L.C.

## FINANCIAL AND TAX CONSULTANTS
3170 NE CARNEGIE DR., SUITE 300
LEE'S SUMMIT, MO 64064

May 15, 2024                                           Invoice # 26717

Xurex, Inc & Subsidiaries
Jill D Olsen Bankruptcy Trustee
118 N Conistor Ln, Suite B290
Liberty, MO 64068

---

Professional Services

|  | Amount |
|---|---:|
| - Preparation of your 2023 Federal and Missouri Corporation Income Tax Returns. | $1,160.00 |
| Thank you very much. | |
| Balance due | $1,160.00 |

Telephone 816-525-7299    Fax 816-525-9008    ·    E-mail: bob@vansandtcpa.com